UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WALTO DESHOMMES,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No.: 3:26-cv-05259-BAS-VET

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Walto Deshommes's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] Petitioner is a Haitian citizen whom the Department of Homeland Security paroled into the United States in November 2022 pursuant to INA § 212(d)(5)(A). [*See id.* at 1.] On September 11, 2026, U.S. Immigration and Customs Enforcement officials re-detained Petitioner without notice. [*Id.* at 1, 5.] Petitioner claims his re-detention without notice violates the Fifth Amendment. [*Id.* at 8–10.]

Respondents acknowledge that "Petitioner was previously released from immigration custody on parole[.]" [Doc. No. 4 at 2.] Respondents state that they have "insufficient information regarding termination of that parole" and "do[] not oppose the petition[.]" [*Id.* at 2–3.] The Court finds that Respondents violated Petitioner's Fifth Amendment right to due process by re-detaining him without notice and an individualized

hearing. *See, e.g.*, *Prieto-Cordova v. Larose*, No. 3:25-cv-2824-CAB-DDL, 2025 WL 3228953 (S.D. Cal. Nov. 19, 2025).

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose*, No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb. 19, 2026); *accord Beiro Valdez v. LaRose*, No. 3:26-cv-04902-BAS-AHG (S.D. Cal. Sept. 11, 2026). Respondents are **ORDERED** to immediately release Petitioner under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: **O**ctober 1, 2026.

Hon. Cathy Ann Bencivengo
United States District Judge

On Behalf of:
Hon. Cynthia Bashant, Chief Judge